# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIE ROBINSON, : | |
| *Plaintiff*, : | |
| : | |
| v. : | CIVIL ACTION NO. 25-CV-3386 |
| : | |
| LANCASTER COUNTY PRISON & : | |
| EMPLOYEES, *et al.,* : | |
| *Defendants*. : | |

## ORDER

**AND NOW**, this 14th day of January 2026, upon consideration of Willie Robinson's *pro se* Amended Complaint (Dkt. No. 11), it is **ORDERED** that:

1. Robinson's Amended Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii), for the reasons stated in the Court's Memorandum.

2. The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**